IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KEVIN BROWN, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | NO. 3:17-CV-00011 |
| vs. | ) ) | JUDGE CRENSHAW |
| HISCALL, INC., HISCALL TELECOMMUNICATIONS, INC. and HISCALL TECHNOLOGIES, INC., | ) ) ) ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

**JOINT RENEWED MOTION TO DISMISS COMPLAINT WITH PREJUDICE AND FOR APPROVAL OF FLSA SETTLEMENT**

Plaintiff, Kevin Brown, and Defendants, **Hiscall, Inc.**, **Hiscall Telecommunications, Inc.**, and **Hiscall Technologies Inc.**, by and through their respective counsel of record, jointly present this renewed motion requesting that the above-entitled action be dismissed with prejudice and that the settlement of Plaintiff's FLSA claims be approved as reasonable. In support of their motion, the parties state the following:

1. This action was filed by Kevin Brown on January 5, 2017.

2. Mr. Brown brought this action under 216(b) of the Fair Labor Standards Act ("FLSA").

1

3. No other individuals assert claims in this action under 216(b) of the FLSA. Accordingly, the only claim at issue in this action is Mr. Brown's claim.

4. On June 5, 2017, the parties reached a settlement to resolve Mr. Brown's claims, subject to this Court's approval.

5. The settlement was reached by all parties after significant deliberation and consideration to dismiss, with prejudice, all claims, counterclaims, defenses, and requests for relief in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(1).

6. The settlement was the result of an arm's length negotiation and all parties were represented by counsel.

7. The parties and their counsel submit that the settlement is a fair resolution of a disputed claim.

8. The settlement was agreed to and a Settlement Agreement was executed to avoid the cost and uncertainty of litigation.

9. A proposed Order is attached hereto and incorporated herein as **Exhibit "A"**.

10. The Settlement includes a confidentiality clause at Section 3(C). This confidentiality clause is severable, noting in Section 3(G) that "if a court, arbitrator or government agency of competent jurisdiction determines that this Agreement

shall not be confidential, then all other provisions of the Agreement are binding on the parties."

11. On June 26, 2017, the parties filed a Joint Motion to Dismiss Complaint with Prejudice and for Approval of FLSA Settlement. (Doc. No. 22). On June 28, 2017, Defendants filed the Settlement Agreement under seal. (Doc. No 23).

12. On June 28, 2017, the Court denied the Joint Motion, citing *Lee v. Asurion Insurance Services, Inc.*, No. 3:15-cv-1111, ECF No. 84 (M.D. Tenn. Sept. 20, 2016), wherein the Court denied approval of a FLSA settlement that included "an overbearing confidentiality agreement." (Doc. No 24). The Court here also ordered the Clerk to unseal the Settlement Agreement.

WHEREFORE, the Settlement Agreement's confidentiality clause having been invalidated and severed, the parties request that the Court dismiss the above-entitled case with prejudice by entering an order substantially in the form of **Exhibit "A"** to this Motion.

Respectfully submitted,

s/David W. Garrison
**DAVID W. GARRISON #024968**
Attorney for Plaintiff
Barrett, Johnston, Martin, & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37210
615.244.2202
615.252.3798 Facsimile
dgarrison@barrettjohnston.com

3

<pre>
                        s/Timothy V. Potter (w/ permission)
                        **TIMOTHY V. POTTER #017520**
                        Attorney for Defendants
                        Reynolds, Potter, Ragan & Vandivort,
                        PLC
                        210 East College Street
                        Dickson, Tennessee  37055
                        615.446.2221
                        615.446.2232 Facsimile
                        tpotter@rprvlaw.com
</pre>

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties as indicated below through the Court's ECF system on July 3, 2017.

<pre>
    Timothy V. Potter
    REYNOLDS, POTTER, RAGAN & VANDIVORT, PLC
    210 East College Street
    Dickson, TN 37055
    Telephone: (615) 446-2221
    Facsimile: (615) 446-2232
    tpotter@rprvlaw.com

    *Attorney for Defendant*

                             /s/ David W. Garrison
                             DAVID W. GARRISON
                             **BARRETT JOHNSTON**
                                **MARTIN & GARRISON, LLC**
</pre>

4