UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEVIN BROWN, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:17-cv-00011 ) CHIEF JUDGE CRENSHAW ) |
| HISCALL, INC., HISCALL TELECOMMUNICATIONS, INC., and HISCALL TECHNOLOGIES, INC., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, through their respective counsel, submitted a Joint Renewed Motion to Dismiss Complaint with Prejudice and for Approval of FLSA settlement. As the Court found (Doc. No. 24) that the agreement shall not be confidential pursuant to Section G of the Settlement Agreement (Doc. No. 23 at 4), the confidentiality clause is **STRIKEN**, and all other provisions of the settlement agreement are binding on the parties. Without the confidentiality clause, this Court finds the Motion well taken.

IT IS HEREBY ORDERED that the above-entitled action is **DISMISSED WITH PREJUDICE** and without costs to either party. The settlement of Plaintiff's claim is approved as fair and reasonable.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1